IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUAN FINCH, JR. and MARK TOIGO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-01508 |
| | ) | |
| MARIO TRETO, JR., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION AND CERTIFICATION OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. P. 65(b) AND LOCAL RULE 5.5(d) IN SUPPORT OF PLAINTIFFS' EX PARTE <u>MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

I, John K. Adams, hereby declare as follows:

1. I am an attorney employed by Eimer Stahl LLP. I am licensed to practice law in the State of Illinois. I represent Plaintiffs Juan Finch, Jr. and Mark Toigo in this matter. My business address is 224 South Michigan Avenue, Suite 1100, Chicago, Illinois 60604.

2. The following facts are known to me either personally or upon information and belief, and if I were called as witness, I would competently testify to them.

3. Northern District of Illinois Local Rule 5.5(d) states that a "motion for an ex parte order shall be accompanied by an affidavit showing cause for withholding service and stating whether or not a previous application for similar relief has been made."

4. As explained more fully in the accompanying Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiffs notified Defendant of the Motion and request for emergency relief. Undersigned counsel met and conferred with counsel for Defendant, representing that undersigned counsel will send Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, along with all relevant filings, to Defendant's counsel this evening. *See* Mot. ¶ 6.

5. Plaintiffs have not previously filed any other application for similar relief.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on March 23, 2022

                                  Respectfully submitted,

                                  */s/ John K. Adams*
                                  JOHN K. ADAMS