# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN FINCH, JR. and MARK TOIGO, ) )<br>Plaintiffs, ) )<br>v. ) )<br>MARIO TRETO, JR., in his official )<br>capacity as Acting Secretary of the )<br>Illinois Department of Financial and )<br>Professional Regulation, ) )<br>Defendant. ) | Civil Action No. 1:22-cv-01508<br><br>**Injunctive Relief Sought** |

## DECLARATION OF JOHN ADAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, JOHN ADAMS, declare, as follows:

1. I am an attorney admitted to practice in the Northern District of Illinois, and I represent Juan Finch, Jr. and Mark Toigo ("Plaintiffs") in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the November 29, 2021, order of the Honorable Judge Moshe Jacobius.

3. Attached as **Exhibit 2** is a true and correct copy of the February 25, 2022, order of the Honorable Celia Gamrath in the matter of *In re Cannabis*

*Dispensary Litigation*, Case No. 21 CH 3730.

Executed on March 23, 2022

        Respectfully submitted,

        _____

        JOHN K. ADAMS