**Exhibit 2**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION**

In re Cannabis Dispensary Litigation | Case No. 21 CH 3730

**ORDER**

These consolidated cases came before the Court on various motions and for general status. The proceedings were held through Zoom and recorded by a court reporter. The Court is advised in the premises and orders as follows:

1. Loudflower's motion to intervene is denied without prejudice. No counsel for Loudflower has appeared in this case.

2. For the reasons stated on the record, the Department's motion for entry of a court order directing it to provide notice is denied.

3. The Department's motion for a limited remand is under advisement. The following schedule applies to the Department's motion for a limited remand:

    a. By March 11, 2022, each plaintiff shall file its response to the Department's motion for a limited remand.

    b. Also by March 11, 2022, each plaintiff shall tender to the Court in a binder (1) a copy of its complaint and (2) a copy of its response to the Department's motion for a limited remand. The binder shall be delivered to the Court's chambers, Richard J. Daley Center, 50 West Washington Street, Rm. 2508, Chicago, IL 60602.

    c. The Department may file a reply brief by March 18, 2022.

4. As stated on the record, if any plaintiff chooses to submit a settlement memo, it should submit the memo to the Court and all counsel of record, but should not file it.

5. For the reasons stated on the record, HAAYY's motion for severance of its judicial review claim is denied.

6. This case is set for status on March 24, 2022 at 8:00 a.m.

February 25, 2022

Prepared by:

Sunil Bhave
Assistant Attorney General
Sunil.Bhave@ilag.gov
Atty. Code 99000

ENTERED:

_____
Judge Celia Gamrath

Courtroom 2508 Zoom Information:
Meeting ID: 928 4730 2982
Password: 411367
Call-In: +1 312 626 6799

Judge Celia G. Gamrath

FEB 25 2022

Circuit Court - 2031