# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Juan Finch, Jr. and Mark Toigo, <br><br> Plaintiffs, <br><br> v. <br><br> Mario Treto, Jr., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation, <br><br> Defendant. | Case No. 22 CV 1508 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Susan E. Cox |

## STIPULATION AND BRIEFING SCHEDULE

Plaintiffs have filed an emergency motion for temporary restraining order and preliminary injunction. Defendant, on behalf of the Department of Financial and Professional Regulation, stipulates that the Department will not issue any adult-use cannabis dispensary licenses pending further order of this Court on Plaintiffs' motion and of the Circuit Court of Cook County.

Defendant shall file a response to the motion for temporary restraining order and preliminary injunction by April 8, 2022. Plaintiffs shall file a reply by April 15, 2022. The court will hear argument on Plaintiffs' motion on Friday, April 22, at 2 p.m. in person, unless otherwise ordered by the Court.

| Prepared and agreed by: | Agreed by: |
|---|---|
| /s/ *R. Douglas Rees* <br> R. Douglas Rees, Deputy Attorney General <br> Office of the Attorney General <br> richard.rees@ilag.gov <br> Counsel for Defendant | s/ *John K. Adams* <br> John K. Adams <br> Eimer Stahl LLP <br> jadams@eimerstahl.com <br> Counsel for Plaintiffs |

March 24, 2022

ENTERED:

_____
Rebecca R. Pallmeyer
United States District Court Judge