IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN FINCH, JR. and MARK TOIGO, | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 1:22-cv-01508 ) |
| MARIO TRETO, JR., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation, | ) **Injunctive Relief Sought** ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Juan Finch, Jr. and Mark Toigo, by their attorneys, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's memorandum opinion and order entered in this action on June 9, 2022, denying Plaintiffs' emergency motion for a temporary restraining order and preliminary injunction (ECF No. 29). A true and correct copy of the June 9 opinion and order is attached hereto as Exhibit A. Pursuant to Fed. R. App. P. 4(a)(1), this Notice of Appeal is timely filed within thirty days of the Court's entry of judgment.

Dated: June 13, 2022

Respectfully submitted,

By: /s/ John K. Adams

JOHN K. ADAMS
  *Lead Counsel*
DANIEL D. BIRK
JOHN D. TRIPOLI
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
(312) 660-7600
jadams@eimerstahl.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 13, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Dated: June 13, 2022

By: /s/ John K. Adams
John K. Adams