IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN FINCH, JR. and MARK TOIGO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-01508 |
| ) | |
| MARIO TRETO, JR., in his official ) | Hon. Rebecca Pallmeyer |
| capacity as Acting Secretary of the ) | |
| Illinois Department of Financial and ) | |
| Professional Regulation, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION TO STAY PROCEEDINGS PENDING APPEAL**

**A. Background and Recitals**

1. Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on March 23, 2022 (ECF No. 1).

2. This Court denied Plaintiffs' Motion for Preliminary Injunction on June 9, 2022 (ECF Nos. 28, 29).

3. Plaintiffs filed their Notice of Appeal on June 13, 2022 (ECF No. 31).

4. Defendant's Response to the Complaint is currently due on June 30, 2022 (ECF No. 28).

**B. Stipulation**

After meeting and conferring, the Parties stipulate and agree to stay all proceedings in this Court until 21 days after the Seventh Circuit issues the mandate on the appeal from this Court's ruling on the preliminary injunction motion; provided, however, that during Plaintiffs' appeal the Department may move to terminate its stipulation with respect to the 2022 licenses.

### C. Request to Stay Proceedings Pending Appeal

Based on the foregoing recitals and stipulation, the Parties jointly request that the Court enter an order (1) staying all proceedings in this Court until 21 days after the Seventh Circuit Court of Appeals issues its mandate on Plaintiffs' appeal from this Court's ruling on Plaintiffs' preliminary injunction motion; and (2) setting a new date for Defendant to respond to the Complaint, which will be 21 days after the Seventh Circuit resolves Plaintiffs' appeal from this Court's ruling on Plaintiffs' preliminary injunction motion.

| | |
|---|---|
| Dated: June 21, 2022 | Respectfully submitted, |
| By: /s/ John K. Adams | By: /s/ Richard S. Huszagh |
| JOHN K. ADAMS<br> *Lead Counsel*<br>DANIEL D. BIRK<br>JOHN D. TRIPOLI<br>EIMER STAHL LLP<br>224 South Michigan Ave.<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>*jadams@eimerstahl.com* | R. Douglas Rees<br>Richard S. Huszagh<br>Sunil Bhave<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 12th Floor<br>Chicago, Illinois 60601<br>Tel.: 312-814-3000<br>*richard.rees@ilag.gov*<br>*richard.huszagh@ilag.gov*<br>*sunil.bhave@ilag.gov* |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |