# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 15, 2022

*By the Court:*

| No. 22-2050 | JUAN FINCH, JR. and MARK TOIGO, Plaintiffs - Appellants v. MARIO TRETO, JR., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01508 Northern District of Illinois, Eastern Division District Judge Rebecca R. Pallmeyer ||

Upon consideration of the **EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL**, filed on July 13, 2022, by counsel for the appellants,

**IT IS ORDERED** that the motion is **DENIED.**


form name: **c7_Order_BTC**     (form ID: **178**)