## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Juan Finch Jr., et al.
                        Plaintiff,

v.                                        Case No.: 1:22−cv−01508
                                                  Honorable Rebecca R. Pallmeyer

Mario Jr. Treto
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Unopposed Motion To Terminate March 24, 2022 Stipulation Pertaining To "2022" Cannabis Dispensary Licenses [42] is granted. The court terminates Defendant's March 24, 2022 Stipulation [11] to the extent that it prevents the Department from issuing the 2022 licenses pursuant to section 15−35.20(c) of the Illinois Cannabis Act. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.