# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN FINCH, JR. and MARK TOIGO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARIO TRETO, JR., in his official ) <br> capacity as Acting Secretary of the ) <br> Illinois Department of Financial and ) <br> Professional Regulation, ) <br> ) <br> Defendant. ) | Civil Action No. 1:22-cv-01508 <br><br> Hon. Rebecca Pallmeyer |

## STIPULATION OF DISMISSAL

Plaintiffs Juan Finch, Jr. and Mark Toigo and Defendant Mario Treto, Jr. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: October 13, 2023

By: */s/ John K. Adams*

JOHN K. ADAMS
DANIEL D. BIRK
JOHN D. TRIPOLI
EIMER STAHL LLP
224 South Michigan Ave.,
Suite 1100
Chicago, IL 60604
(312) 660-7600
*jadams@eimerstahl.com*
*dbirk@eimerstahl.com*
*jtripoli@eimerstahl.com*

*Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ R. Douglas Rees*

R. Douglas Rees
Richard S. Huszagh
OFFICE OF THE ILLINOIS
ATTORNEY GENERAL
100 West Randolph Street 12th Floor
Chicago, Illinois 60601
Tel.: 312-814-3000
*richard.rees@ilag.gov*
*richard.huszagh@ilag.gov*

*Counsel for Defendant*